STATE OF FLORIDA ex rel. MAX SILVERMAN, v. D. C. COLEMAN, as Sheriff of Dade County, Florida.

12 So. (2nd) 449                                      January Term, 1943
March 23, 1943                                             Division A

*Benjamin Cohen,* for appellant.

*J. Tom Watson,* Attorney General, and *Woodrow M. Melvin,* Assistant Attorney General, for appellee.

PER CURIAM:

On appeal we review judgment of remand and habeas corpus proceedings instituted by appellant challenging the legality of warrant of rendition.

Judgment is affirmed on authority of Trent v. McLeod, as Sheriff, 131 Fla. 617, 179 So. 906 and cases there cited.

So ordered.

BUFORD, C. J., TERRELL, CHAPMAN and ADAMS, JJ., concur.